No. A–453.  BRISCOE, GOVERNOR OF TEXAS, ET AL. *v.* ESCA-LANTE ET AL.  Application for stay of mandate of the United States District Court for the Western District of Texas, entered November 10, 1977, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending timely filing and disposition of an appeal in this Court.

No. D–65.  IN RE DISBARMENT OF GALLANT.  Disbarment entered.  [For earlier order, see 429 U. S. 914.]

No. D–104.  IN RE DISBARMENT OF MURRAY.  Disbarment entered.  [For earlier order, see 431 U. S. 902.]

No. D–122.  IN RE DISBARMENT OF STILLO.  It is ordered that Joseph E. Stillo of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–123.  IN RE DISBARMENT OF CHVOSTA.  It is ordered that Jerry F. Chvosta of North Randall, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–124.  IN RE DISBARMENT OF LINDSAY.  It is ordered that George G. Lindsay, of Pottsville, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.